**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| TIMOTHY HARRINGTON,<br><br>Plaintiff,<br><br>v.<br><br>ALL AMERICAN PLAZAS, INC., et al.,<br><br>Defendants. | Civil Action No.: 08-3848 (JLL)<br><br><br>**ORDER ADOPTING**<br>**JULY 7, 2010**<br>**REPORT AND RECOMMENDATION** |

**LINARES**, District Judge.

This Court had referred: (1) Plaintiff's motion to strike Defendant United Assurance Company's ("UAC") Answer and for entry of default, and (2) Plaintiff's motion for attorney's fees and costs [CM/ECF Docket Entry Nos. 47, 52] to the Honorable Esther Salas, United States Magistrate Judge, pursuant to 28 U.S.C. § 636 (b)(1)(B). Magistrate Judge Salas filed a Report and Recommendation in connection with Plaintiff's motions on July 7, 2010. Having reviewed the Report and Recommendation, and having received no objection thereto, and for good cause shown,

**IT IS** on this **22ⁿᵈ day of July, 2010,**

**ORDERED** that the Report and Recommendation of Magistrate Judge Salas, filed on July 7, 2010 [CM/ECF Docket Entry No. 61], is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court; and it is further

**ORDERED** that Plaintiff's motion to strike Defendant UAC's Answer and for entry of default [Docket Entry No. 47] is **granted;** and it is further

**ORDERED** that Plaintiff's motion for attorney's fees and costs [Docket Entry No. 52] is **granted.**

**IT IS SO ORDERED**.

José L. Linares
United States District Judge